Dr. F. J. Otis, appellant, v. Mrs. Roberta Briar and T. S. Craig, appellees. Gen. No. 9,139.

Opinion filed January 18, 1937.

Edward J. Turnbaugh and Bertrand C. Schuemann, for appellant. Wood & McNeal, for certain appellee; H. Hunter Gehlbach, of counsel.

Mr. Justice Dove delivered the opinion of the court.

Arthur T. Saltzgiver, executor of the last will and testament of Frank Saltzgiver, deceased, appellant, v. William McGrath et al., appellees. Gen. No. 9,155.

Opinion filed January 18, 1937.

Luther B. Bratton, for appellant. Vernon G. Butz, for appellees.

Mr. Justice Dove delivered the opinion of the court.

Harlow H. Belding, appellant, v. Edith L. Belding, individually and as administratrix of the estate of Wilbert D. Belding, deceased, et al., appellee. Gen. No. 9,161.

Opinion filed January 18, 1937.

George W. Thoma, for appellant; Francis L. Zimmermann and Herbert A. Grotefeld, of counsel. Walter E. Moss, for appellee.

Mr. Justice Dove delivered the opinion of the court.